THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC, <br><br> Plaintiff, <br><br> v. <br><br> WARNER MEDIA SERVICES LLC, <br><br> Defendant. | CASE NO. C21-1575-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff filed this case on November 22, 2021. (Dkt. No. 1.) To date, however, no proof of service has been filed. *See* Fed. R. Civ. P. 4(*l*). Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend time for service for an appropriate period." That 90-day deadline was February 20, 2022, a Sunday, so Plaintiff had until February 21, 2022 to serve Defendant. *See* Fed. R. Civ. P. 6(a)(1)(C).

Accordingly it is hereby ORDERED that within 14 days of this minute order, Plaintiff shall file the required proof of service or show good cause why this case should not be dismissed without prejudice for failure to prosecute.

DATED this 13th day of April 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
